[No. 13129-7-III.    Division Three.    January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE L. BOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-8-00626-9, Dennis D. Yule, J., entered March 5, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13121-1-III.    Division Three.    January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTORIA M. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00520-8, Albert J. Yencopal, J., entered March 12, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12495-9-III.    Division Three.    January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED D. BRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-1-00098-9, Harold D. Clarke, J., entered April 21, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J. Now published at 77 Wn. App. 304.